FILED
2017 May-31 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:16-cr-0319-AKK |
| | ) |
| GREGORY SIMEON, | ) |
| Defendant. | ) |

## ORDER

The court has for consideration Defendant's motion to suppress, doc. 15, and amended motion to suppress, doc. 16. The magistrate judge filed a report on March 26, 2017, recommending that the court deny Defendant's motions. *See* doc. 54. The Defendant has timely objected. *See* doc. 65. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. It is therefore **ORDERED** that Defendant's motions to suppress, docs. 15 and 16, are **DENIED.**

Done this the 31st day of May 2017.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE